UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EDWIN R. ADDISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 7:15-CV-50-D |
| ) | |
| KATHERYN B. MANNING ) | |
| ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on August 7, 2015, the judgment of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on August 7, 2015, and Copies To:**

| | |
|---|---|
| Matthew W. Buckmiller | (via CM/ECF electronic notification) |
| James W. Lea, III | (via CM/ECF electronic notification) |

DATE                                      **JULIE RICHARDS JOHNSTON, CLERK**

August 7, 2015                         By:    /s/ Crystal Jenkins

                                                                             Deputy Clerk